# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS URQUILLA, | Case No.  1:25-cv-01215-BAM |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS |
| v. | |
| CDCR, *et al.*, | **THIRTY (30) DAY DEADLINE** |
| Defendants. | |

Plaintiff Douglas Urquilla ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  This case was initiated on December 5, 2024, and transferred to this Court on September 16, 2025.  (ECF Nos. 1. 4.)  Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, with a certified copy of his inmate trust account statement, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **September 17, 2025**        /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

1