# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DOUGLAS URQUILLA,

    Plaintiff,

  v.

CDCR, *et al.*,

    Defendants.

Case No.  1:25-cv-01215-BAM

ORDER TO RECAPTION CASE AND CORRECT SPELLING OF PLAINTIFF'S NAME

   Plaintiff is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  This case was initiated on December 5, 2024, and transferred to this Court on September 16, 2025.  (ECF Nos. 1. 4.)  The caption currently reflects an incorrect spelling of Plaintiff's last name.  According to the complaint, Plaintiff's last name is Urquilla.  (ECF No. 1.)  Accordingly, the caption for this case shall be as reflected above and the Clerk of the Court is directed to correct Plaintiff Urquilla's name on the docket.

IT IS SO ORDERED.

  Dated: __September 17, 2025__    ____/s/ *Barbara A. McAuliffe*____

               UNITED STATES MAGISTRATE JUDGE

1