# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS URQUILLA,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR, *et al.*,<br><br>        Defendants. | Case No.  1:25-cv-01215-JLT-BAM (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 10)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS* (OR PAY FILING FEE)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Douglas Urquilla ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 17, 2025, the Court ordered Plaintiff to file an application to proceed *in forma pauperis*, completed and signed, including a certified copy of his trust account statement for the past six months, or in the alternative, to pay the $405.00 filing fee for this action. (ECF No. 6.)

Plaintiff did not file an application to proceed *in forma pauperis*, or pay the filing fee for this action. Accordingly, on October 29, 2025, the undersigned issued findings and recommendations to dismiss this action, without prejudice, for failure to obey court order and failure to prosecute. (ECF No. 10.) Plaintiff was directed to file any objections to the findings and recommendations within fourteen (14) days. (*Id.*)

Currently before the Court are Plaintiff's objections to the findings and recommendations, filed November 12, 2025. (ECF No. 11.) Plaintiff states that while he did miss the filing deadline, he was under the impression he had filed the *in forma pauperis* application. However, that application was submitted for Case No. 2:25-cv-04457. Plaintiff's mistaken impression was

1

1  his fault and will not repeat itself in the future in this case.  Had Plaintiff known the deadline was
2  approaching and the application was not back from the CSP-Solano Trust Office, he would have
3  filed an extension of time.  Plaintiff asserts that should he be allowed to file the *in forma pauperis*
4  application, he will demonstrate the inability to initially pay the filing fee in full at the outset.
5  Plaintiff asserts that should the Court allow him to proceed, he will file the *in forma pauperis*
6  application forthwith.  (*Id.*)

Having considered Plaintiff's motion, the Court finds it appropriate to vacate the pending findings and recommendations.  The Court will grant Plaintiff an extension of time to file an application to proceed *in forma pauperis* or pay the filing fee for this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on October 29, 2025, (ECF No. 10), are VACATED;
2. Plaintiff is granted an extension of time to submit an application to proceed *in forma pauperis* or pay the filing fee for this action;
3. The Clerk of the Court is directed to serve this order and a blank *in forma pauperis* application for a prisoner on Plaintiff;
4. Within **thirty (30) days** from the date of service of this order, Plaintiff SHALL file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his trust account statement for the past six months, or in the alternative, pay the $405.00 filing fee for this action;
5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **November 12, 2025**          /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE

2