# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS URQUILLA,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-01215-JLT-BAM (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* BE DENIED<br><br>(ECF No. 13) |

Plaintiff Douglas Urquilla ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on December 5, 2024, and the matter was transferred to this Court on September 16, 2025. (ECF Nos. 1, 4.) Plaintiff did not pay the filing fee or submit an application to proceed *in forma pauperis*.

On November 12, 2025, the Court granted Plaintiff an extension of time to submit an application to proceed *in forma pauperis* or pay the filing fee for this action with thirty days. (ECF No. 12.) On November 21, 2025, Plaintiff filed his application to proceed *in forma pauperis*, along with a certified copy of his prison trust account statement. (ECF No. 13.)

Examination of Plaintiff's application and trust account statement reveals that Plaintiff is able to afford the costs of this action. Specifically, Plaintiff's current available balance in his trust account is $1,101.11. (ECF No. 13 at 1, 2.) In addition, although Plaintiff's motion to proceed *in forma pauperis* does not identify any sources of income over the last twelve months, Plaintiff states that he receives pay of $300.00 per month. (*Id.* at 1.) Additionally, Plaintiff's trust account statement shows deposits for "I/M Pay – SAP OMCP" on June 6, 2025, July, 2, 2025, August 7, 2025, September 5, 2025, October 7, 2025, and November 7, 2025 in amounts ranging from $312.00 to $359.00. (*Id.* at 3.)

1

Accordingly, it is HEREBY RECOMMENDED that:

1. Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 13), be DENIED; and
2. Plaintiff be ORDERED to pay the $405.00 initial filing fee in full to proceed with this action.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." **Objections, if any, shall not exceed fifteen (15) pages or include exhibits. Exhibits may be referenced by CM/ECF document and page number if already in the record before the Court. Any pages filed in excess of the 15-page limit may not be considered.** The parties are advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **November 24, 2025**        /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

2