1
2
3
4
5
6
7
8       **UNITED STATES DISTRICT COURT**
9       **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| DOUGLAS URQUILLA, | No. 1:25-cv-01215-JLT-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* BE DENIED |
| v. | |
| CDCR, *et al.*, | |
| Defendants. | (Doc. 13) |
| | **TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Douglas Urquilla is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 21, 2025, Plaintiff filed a motion to proceed *in forma pauperis*. (Doc. 13.)

On November 25, 2025, the assigned Magistrate Judge issued findings and recommendations that Plaintiff's application to proceed *in forma pauperis* be denied and that Plaintiff be required to pay the $405.00 filing fee in full to proceed with this action because he can afford the costs of this action. (Doc. 14.) The Court served the findings and recommendations on Plaintiff and notified him that any objections were to be filed within fourteen (14) days after service. (*Id.* at 2.) The Court further informed Plaintiff that that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)).) No objections have been filed, and the deadline to do so has expired.

1

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on November 25, 2025, (Doc. 14), are **ADOPTED IN FULL**.
2. In accordance with 28 U.S.C. § 1915(g), Plaintiff's application to proceed *in forma pauperis*, (Doc. 13), is **DENIED**; and
3. Within **twenty-one (21) days** following the date of service of this order, Plaintiff shall pay the $405.00 filing fee in full to proceed with this action; and
4. **If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.**

IT IS SO ORDERED.

Dated:   **December 26, 2025**                                              _Jennifer L. Thurston_
                                                                                                    UNITED STATES DISTRICT JUDGE

2